# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: WILLIAM J. DRUMMOND & SHEILA M. DRUMMOND     Case Number: 05-71403
1034 DEARBORN AVENUE     SSN-xxx-xx-9628 & xxx-xx-4911
SOUTH BELOIT, IL 61080

Case filed on: 3/25/2005
Plan Confirmed on: 6/2/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $21,344.50     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY JEFFREY A BIVENS | 1,900.00 | 1,900.00 | 1,900.00 | 0.00 |
| | Total Legal | 1,900.00 | 1,900.00 | 1,900.00 | 0.00 |
| 006 | CAPITAL ONE SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 201 | HOMECOMINGS FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | WILLIAM J. DRUMMOND | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | HOMECOMINGS FINANCIAL | 6,703.34 | 6,703.34 | 6,703.34 | 0.00 |
| | Total Secured | 6,703.34 | 6,703.34 | 6,703.34 | 0.00 |
| 002 | AIRBORNE EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ALLIANT ENERGY | 1,711.18 | 1,711.18 | 1,293.70 | 0.00 |
| 004 | BELOIT MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BELOIT RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CONSUMER PORTFOLIO SERVICES | 2,475.01 | 2,475.01 | 1,871.16 | 0.00 |
| 008 | JEFFERSON CAPITAL SYSTEMS, LLC | 690.10 | 690.10 | 521.73 | 0.00 |
| 009 | DR OBRIEN | 970.59 | 970.59 | 733.79 | 0.00 |
| 010 | FINGERHUT CREDIT ADVANTAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NORTHERN ILLINOIS IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | JEFFERSON CAPITAL SYSTEMS, LLC | 748.66 | 748.66 | 566.00 | 0.00 |
| 015 | RADIOLOGY CONSULTANTS ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROCKFORD HEALTH PHYSICIANS | 68.60 | 68.60 | 51.86 | 0.00 |
| 017 | SBC CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | SWEDISH AMERICAN HOSPITAL | 1,173.67 | 1,173.67 | 887.32 | 0.00 |
| 019 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | MUTUAL MANAGEMENT SERVICES | 5,104.11 | 5,104.11 | 3,858.82 | 0.00 |
| 021 | BECKET & LEE, LLP | 191.60 | 191.60 | 144.86 | 0.00 |
| 022 | SWEDISH AMERICAN ER PHYSICIANS | 279.66 | 279.66 | 211.43 | 0.00 |
| 023 | CONSUMER PORTFOLIO SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | CAPITAL ONE | 600.68 | 600.68 | 454.12 | 0.00 |
| 025 | CAPITAL ONE | 782.00 | 782.00 | 591.20 | 0.00 |
| 026 | MUTUAL MANAGEMENT SERVICES | 204.00 | 204.00 | 154.23 | 0.00 |
| 027 | MUTUAL MANAGEMENT SERVICES | 54.92 | 54.92 | 41.52 | 0.00 |
| | Total Unsecured | 15,054.78 | 15,054.78 | 11,381.74 | 0.00 |
| | Grand Total: | 23,658.12 | 23,658.12 | 19,985.08 | 0.00 |

Total Paid Claimant:    $19,985.08
Trustee Allowance:    $1,359.42
Percent Paid Unsecured:    75.60

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

           /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/23/2009                    By  /s/Heather M. Fagan